**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**MICHAEL G. TRIPPIEDI, ESQ.**
Nevada Bar No. 13973
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
T-BIRD SOUTHWEST RESTAURANT GROUP,
LLC d/b/a OUTBACK STEAKHOUSE

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

LINDA SAYEGH, an Individual;

                Plaintiff,

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a OUTBACK STEAKHOUSE, a Foreign Limited-Liability Company; T-BIRD SOUTHWEST RESTAURANT GROUP, LLC d/b/a OUTBACK STEAKHOUSE, a Foreign Limited-Liability Company; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive.

                Defendants.

CASE NO.: 2:18-CV-00377-RFB-PAL

<u>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE FOR CLAIMS AGAINST DEFENDANT T-BIRD SOUTHWEST RESTAURANT GROUP, LLC d/b/a OUTBACK STEAKHOUSE, ONLY**</u>

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, LINDA SAYEGH, and Defendant, T-BIRD SOUTHWEST RESTAURANT GROUP, LLC d/b/a OUTBACK STEAKHOUSE, by and through

their respective attorneys of record, that all of Plaintiff's claims against the individual Defendant, T-BIRD SOUTHWEST RESTAURANT GROUP, LLC d/b/a OUTBACK STEAKHOUSE, be voluntarily dismissed without prejudice, including claims for Negligence and Negligent Hiring, Training, Retention and Supervision, with each of the parties to pay their own attorneys' fees and costs herein incurred.

No Trial date has been set yet.

March 8, 2018.

DEAVER & CRAFTON

BRICE J. CRAFTON, ESQ.
Nevada Bar No.: 10558
810 E Charleston Blvd,
Las Vegas, NV 89104
Attorneys for Plaintiff
LINDA SAYEGH

March 8th, 2018.

RANALLI ZANIEL FOWLER & MORAN, LLC

GEORGE M. RANALLI, ESQ.
Nevada Bar No.: 5748
MICHAEL G. TRIPPIEDI, ESQ.
Nevada Bar No. 13973
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorney for Defendant
T-BIRD SOUTHWEST RESTAURANT GROUP, LLC d/b/a OUTBACK STEAKHOUSE

RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. HORIZON RIDGE PARKWAY
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against Defendant, T-BIRD SOUTHWEST RESTAURANT GROUP, LLC d/b/a OUTBACK STEAKHOUSE, be dismissed without prejudice; each party to bear their own attorneys' fees and costs.

Dated: March 12, 2018.

RICHARD F. BOULWARE, II
United States District Court

*RANALLI ZANIEL FOWLER & MORAN, LLC*
*2400 W. HORIZON RIDGE PARKWAY*
*HENDERSON, NEVADA 89052*
*TELEPHONE: (702) 477-7774 FAX: (702) 477-7778*