UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LINDA SAYEGH,<br><br>               Plaintiff,<br>   v.<br>OUTBACK STEAKHOUSE OF FLORIDA, LLC,<br><br>               Defendant. | Case No. 2:18-cv-00377-RFB-PAL<br><br>ORDER |

      Before the court is the parties' Proposed Joint Discovery Plan and Scheduling Order (ECF No. 18). The parties request 360 days from the Fed. R. Civ. P. 26(f) conference to complete discovery, or twice the amount of time deemed presumptively reasonable by LR 26-1. The proposed plan does not comply with LR 26-1(a) which requires parties seeking longer deadlines to include on the face of the proposed plan "SPECIAL SCHEDULNG REVIEW REQUESTED," nor does it specify why longer or different time periods should apply to this case. The parties' proposed plan is therefore denied for failure to comply with LR 26-1(a), and the court will enter a standard discovery plan and scheduling order in accordance with the provisions of 26-1(b).

      Additionally, a review of the docket reflects that defendant has still not complied with 28 U.S.C. Section 1446, and the direction received by the Clerk of Court in a Notice of Non-Compliance (ECF No 2) to comply by filing the Complaint and Summons initially filed in state court as an Errrata in compliance with LR IC 2-2. 28:1446 requires defendant removing a case from state to federal court to file a petition containing a short plain statement of the grounds for removal "together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." Although defendant filed its answer (ECF No 4) on March 8, 2018 it has still not complied with the removal statute and the court's direction. As a result, no complaint

is on file, and the court has no information about process, pleadings and any orders entered in state court prior to removal.

Accordingly,

**IT IS ORDERED** that:

1. The parties' Proposed Joint Discovery Plan and Scheduling Order (ECF No. 18) is **DENIED** for failure to comply with LR 26-1(a), and the following discovery plan and scheduling order deadlines shall apply:
   a. Last date to complete discovery: **September 5, 2018**
   b. Last date to amend pleadings and add parties: **June 6, 2018**
   c. Last date to file interim status report: **July 6, 2018**
   d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **July 6, 2018**
   e. Last date to disclose rebuttal experts: **August 6, 2018**
   f. Last date to file dispositive motions: **October 5, 2018**
   g. Last date to file joint pretrial order: **November 5, 2018**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.
2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.
3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **August 15, 2018,** and shall fully comply with the requirements of LR 26-4.

/ /
/ / /
/ / /
/ / /
/ / /

**IT IS FURTHER ORDERED** that defendant shall have until **June 6, 2018** to comply with the requirements of 28 U.S.C. Section 1446 and the court's direction (ECF No. 2) following the court's electronic case filing rules. Failure to timely comply may result in the imposition of sanctions

DATED this 24th day of May, 2018.

```
                                        PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE
```