GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JASON ANDREW FOWLER, ESQ.
Nevada Bar No. 8071
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
OUTBACK STEAKHOUSE OF FLORIDA, LLC
d/b/a OUTBACK STEAKHOUSE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LINDA SAYEGH, an Individual;

Plaintiff,

v.

OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a OUTBACK STEAKHOUSE, a Foreign Limited-Liability Company; T-BIRD SOUTHWEST RESTAURANT GROUP, LLC d/b/a OUTBACK STEAKHOUSE, a Foreign Limited-Liability Company; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive.

Defendants.

CASE NO.: 2:18-CV-00377-RFB-PAL

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, LINDA SAYEGH, and Defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a OUTBACK STEAKHOUSE, by and through their

1

respective attorneys of record, that all of Plaintiff's claims in this matter against Defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a OUTBACK STEAKHOUSE, be dismissed with prejudice, with each of the parties to pay their own attorney fees, costs and interest herein incurred.

No Trial date has been set yet.

| April 16, 2019. | April 12th, 2019. |
|---|---|
| **DEAVER & CRAFTON** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
| | /s/ George M. Ranalli, Esq. |
| **BRICE J. CRAFTON, ESQ.**<br>Nevada Bar No. 10558<br>810 E Charleston Blvd,<br>Las Vegas, NV 89104<br>Attorneys for Plaintiff<br>LINDA SAYEGH | **GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No. 5748<br>**JASON ANDREW FOWLER, ESQ.**<br>Nevada Bar No. 8071<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorney for Defendant<br>T-BIRD SOUTHWEST RESTAURANT GROUP, LLC d/b/a OUTBACK STEAKHOUSE |

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against Defendant, OUTBACK STEAKHOUSE OF FLORIDA, LLC d/b/a OUTBACK STEAKHOUSE, be dismissed with prejudice; each party to bear their own attorneys' fees, costs and interest.

Dated: _____

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of April, 2019.

Respectfully Submitted By:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

/s/ George M. Ranalli, Esq.
_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Attorneys for Defendant
OUTBACK STEAKHOUSE OF FLORIDA, LLC
d/b/a OUTBACK STEAKHOUSE